IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HENRY OKPALA              *
                                    *

        v.                  *    Civil No. JFM-13-3614
                                    *

COMPUTER SCIENCES CORP.     *

                                 *****

MEMORANDUM AND ORDER

Plaintiff has conducted this litigation in an entirely irresponsible fashion, including sending improper communications to various persons, placing improper information on this court's electronic filing system, not responding to written interrogatory requests, and not appearing at his duly noticed deposition. Accordingly, upon motion of defendant, it is, this 2nd day of June 2014

ORDERED that this action be dismissed with prejudice.

6/3/14

_____
J. Frederick Motz
United States District Judge

BY_____ _ _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2014 JUN -3 P 12: 25
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED