UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 4, 2015

MEMO RE: Okpala v. Computer Sciences Corp.
Civil No. JFM-13-3614

Dear Mr. Okpala and Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss or to sanction plaintiff and to set schedule for dispositive motions.

In light of the history of the case, the motion (document 61) is denied. The deadline for filing dispositive motions is hereby set to be June 18, 2015.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge