IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HENRY OKPALA　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　　　*　　Civil No. JFM-13-3614
　　　　　　　　　　　　　　　　　*
COMPUTER SCIENCES CORP., ET AL.  *
　　　　　　　　　　　　　　　*****

MEMORANDUM

Plaintiff has brought this action for employment discrimination. The deadline for discovery has passed, and defendant has moved for summary judgment.[1] The motion will be granted.

Defendant has set forth a very detailed summation of the facts that led its experienced personnel to conclude that Okpala was not performing satisfactorily his job as a "PL/SQL developer" on the project being undertaken by defendants for the Center for Medicare and Medicaid Services. Among the work deficiencies specified by defendant were a failure to communicate with other developers, the removal of central security components, and plaintiff's failure to complete the tasks outlined in a performance improvement plan imposed upon plaintiff after repeated failures of performance.

Concern about plaintiff's performance commenced when someone from another company, General Dynamics, with whom defendant was partnering on the project complained about plaintiff's performance. Plaintiff's self-serving view that he was performing his job satisfactorily is not sufficient to withstand the evidence that defendant has produced. *See Agelli*

---

[1] Plaintiff failed to cooperate during the discovery process. For example, he refused to attend his duly noticed deposition. Plaintiff has filed a Rule 56(b) motion requesting the discovery of certain information. The information he requests would not create a dispute of material fact. Moreover, he has not submitted any justification for his failure to retain the information he seeks during the time permitted for discovery.

*v. Sebelius*, No. CIV.A. DKC-13-497, 2014 WL 347630, *10 (D. Md. Jan. 30, 2014); *Flood v. Univ. of Maryland Med. Sys. Corp.*, No. CIV.A. GLR-12-2100, 2014 WL 7363237, at *6 n.3 (D. Md. Dec. 23, 2014).

    A separate order granting defendant's motion is being entered herewith.

Date:  August 7, 2015                  ___/s/_____
                                            J. Frederick Motz
                                            United States District Judge